IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
RUTH GRAVES,                     )
                                 )
    Plaintiff,                   )
                                 )
                                 )     CIVIL ACTION NO.
    v.                           )       3:07cv826-MHT
                                 )
MERCK, & CO., INC., et al.,      )
                                 )
    Defendants.                  )
```

### ORDER

Counsel for plaintiff having orally informed the court that plaintiff does not object, it is ORDERED as follows:

(1) The motion to stay (Doc. No. 3) is granted.

(2) All proceedings in this case are stayed pending MDL transfer.

DONE, this the 2nd day of October, 2007.

```
            /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE
```