IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **RUTH GRAVES,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 3:07- CV-826-WKW |
| | ) | |
| **MERCK & CO., INC. et al,** | ) | |
| | ) | |
|     **Defendants.** | ) | |

## MOTION TO REMAND

Now comes the Plaintiff and moves that this Court remand this civil action to the Circuit Court of Randolph County, Alabama from whence it was improvidently removed, without jurisdiction, and in support of this Motion, the Plaintiff shows the Court as follows:

1. There is no Federal jurisdiction in this case in that there is a lack of complete diversity.

2. Plaintiff and a number of the defendants are all residents of Alabama, and the defendants are properly joined.

**Wherefore** the Plaintiff respectfully moves that the Court remand this civil action to the Circuit Court of Randolph County, Alabama, from which it was improvidently removed without jurisdiction.

                                                                  /S/ James S. Hubbard
                                                                  Attorney for Plaintiff

                                                                  /S/ Thomas J. Knight
                                                                  Attorney for Plaintiff

HUBBARD & KNIGHT
1125 Noble Street
Anniston, Alabama 36202
(256) 237-9586

## CERTIFICATE OF SERVICE

      I hereby certify that on October 16, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/EMF system which will send notification of such filing to the following:

    Robert C. "Mike" Brock
    F. Chadwick Morriss
    Ben C. Wilson
    Richard B. Garrett
    Attorneys for Defendant
    RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
    Post Office Box 270
    Montgomery, Alabama 36101-0270

                                                    /S/ Thomas J. Knight
                                                    Attorney for Plaintiff